IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 09-cv-02781-LTB-BNB

DEBRA WINN,

    Plaintiff,

v.

CITY OF AURORA; and
CITY AND COUNTY OF DENVER;
FRANCIS FANIA, in his individual capacity,

    Defendants.

___

**ORDER**
___

Plaintiff's Motion to Amend Complaint (Doc No. 28) is GRANTED.

The pending motions to dismiss will be considered as to the Amended Complaint.


BY THE COURT:

   s/Lewis T. Babcock
   Lewis T. Babcock, Judge

DATED:   May 3, 2010