**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-02781-LTB-BNB

DEBRA WINN,

      Plaintiff,

v.

CITY OF AURORA; and
CITY AND COUNTY OF DENVER;
FRANCIS FANIA, in his individual capacity,

      Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Motions to Withdraw (Docs 47 and 48 - both filed October 1, 2010) are GRANTED. Kevin C. Flesch of the Law Office of Kevin C. Flesch is allowed to withdraw as counsel for Plaintiff herein. Plaintiff shall proceed pro se in this matter.

Dated:  November 15, 2010

---