**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 09-cv-02781-LTB-BNB

DEBRA WINN, PERSONAL REPRESENTATIVE FOR THE ESTATE OF BRANDIN WINN

    Plaintiff,

v.

FRANCIS FANIA, in his individual capacity,

    Defendant.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on April 6, 2011 (Doc 59). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendant's Motion to Dismiss (Doc 53) is GRANTED and this action is DISMISSED WITH PREJUDICE.

                BY THE COURT:

                  s/Lewis T. Babcock
                  Lewis T. Babcock, Judge

DATED: April 25, 2011